# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdourahim Ali Farah

Petitioner,

v.

Pamela Bondi, Kristi Noem. Todd M. Lyons
and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01319-JRT/DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order 6 has been satisfied. This case is closed.

Date: 3/3/2026

KATE M. FOGARTY, CLERK